NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RIGGS TECHNOLOGY HOLDINGS, LLC,**
*Plaintiff-Appellant*

**v.**

**VAGARO, INC.,**
*Defendant-Appellee*

---

2022-1469

---

Appeal from the United States District Court for the Northern District of California in No. 3:21-cv-07927-TSH, Magistrate Judge Thomas S. Hixson.

---

Decided: January 17, 2023

---

WILLIAM PETERSON RAMEY, III, Ramey LLP, Houston, TX, for plaintiff-appellant.

SAL LIM, Kramer Day Alberti Lim Tonkovich & Belloli LLP, Burlingame, CA, for defendant-appellee. Also represented by MARC BELLOLI, HONG LIN.

---

Before TARANTO, CHEN, and STOLL, *Circuit Judges*.

CHEN, *Circuit Judge*.

Riggs Technology Holdings, LLC appeals from a decision by the United States District Court for the Northern District of California holding that all claims of U.S. Patent No. 7,299,067 ('067 patent) are directed to patent-ineligible subject matter under 35 U.S.C. § 101. *See Riggs Tech. Holdings, LLC v. Vagaro, Inc.*, No. 21-cv-07927-TSH, 2022 WL 74179, at \*3 (N.D. Cal. Jan. 7, 2022). Our decision today in a separate case, *Riggs Technology Holdings, LLC v. Cengage Learning, Inc.*, No. 22-1468, affirmed a decision by the United States District Court for the District of Massachusetts that also held that all claims of the '067 patent are directed to patent-ineligible subject matter under 35 U.S.C. § 101. Our decision in case No. 22-1468 has thus resolved the patent eligibility of the claims on appeal. *See BTG Int'l Ltd. v. Amneal Pharms. LLC*, 923 F.3d 1063, 1076–77 (Fed. Cir. 2019). We therefore dismiss this appeal as moot.

**DISMISSED**